Mary Ann PROTZ

v.

WORKERS' COMPENSATION AP-
PEAL BOARD (DERRY AREA
SCHOOL DISTRICT).

Petition of Derry Area School District.

Supreme Court of Pennsylvania.

March 22, 2016.

WORKERS' COMPENSATION AP-
PEAL BOARD (DERRY AREA
SCHOOL DISTRICT), Respondents.

Supreme Court of Pennsylvania.

March 22, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of March, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Does Section 306(a.2) of the Pennsylvania Workers' Compensation Act unconstitutionally delegate the State Legislature's lawmaking authority in violation of Article II, Section 1 of the Pennsylvania Constitution by incorporating the most recent edition of the AMA *Guides to the Evaluation of Permanent Impairment* ?

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of March, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether the Commonwealth Court—after properly determining that Section 306(a.2) of the Workers' Compensation Act was unconstitutional—erred in remanding the case to the Workers' Compensation Judge with instructions to apply the Fourth Edition of the American Medical Association's *Guides to the Evaluation of Permanent Impairment* when neither Section 306(a.2) nor any other section of the Act ever references the Fourth Edition and its usage was not sanctioned by the Pennsylvania Legislature.